IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00306-01-CR-W-BCW |
| ) | |
| KEITO ROBERTO LEDON, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Keito Roberto Ledon appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(A) and (B) to Count Two of the two-count Amended Indictment. Count Two charges defendant Ledon with possessing a firearm in furtherance of a drug trafficking offense. The Plea Agreement states that the Government agrees to dismiss Count One at sentencing. The Plea Agreement further states that the parties will jointly recommend a sentence of 60 months imprisonment. I determined that the guilty plea is knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. A record was made of the proceedings and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Keito Roberto Ledon's plea of guilty be accepted and that defendant Ledon be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge